IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    NICOLE D. TURACK, | : | Case No: 22-20276-GLT |
|    Debtor | : | Chapter 7 |
| | : | |
| | : | |
| | : | |
| | : | |

## **NOTICE OF ADJOURNMENT**

     The §341 Meetings of Creditors scheduled for May 20, 2022 at 8:30 a.m. via conference call has been adjourned to May 25, 2022 at 8:30 a.m. The dial in number is *1-877-852-4983*, please use passcode *3292758#.*

Dated: May 19, 2022           /s/ Lisa M. Swope, Trustee
                                               Lisa M. Swope, Trustee
                                               219 South Center Street
                                               Ebensburg, PA 15931
                                               (814) 472-7151
                                               PA I.D. # 77003
                                               lms@nsslawfirm.com